[No. 814-3.    Division Three.    June 13, 1974.]

CASCADE INVESTMENT & DEVELOPMENT CO., *et al., Appellants,* v. G. A. BREMER *et al., Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 26814, Lawrence Leahy, J., entered January 31, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green C.J., and McInturff, J.

[No. 2700-1.    Division One.    June 17, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE MONTOYA SALINAS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 8188, Byron L. Swedberg, J., entered October 12, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Williams, JJ.

[No. 1844-1.    Division One.    June 17, 1974.]

MOBILLION JACK SON, *Appellant,* v. JAEGER CONSTRUCTION COMPANY, INC., *et al., Respondents.*

PAUL EDWARD BARISH *et al., Appellants,* v. JAEGER CONSTRUCTION COMPANY, INC., *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 726655, Robert M. Elston, J., entered July 20, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 2271-1.    Division One.    June 17, 1974.]

ANTHONY T. RESSA, *Appellant,* v. VANCE W. GRIBBLE *et al., Respondents*

Appeal from a judgment of the Superior Court for King County, No. 729636, Norman B. Ackley, J., entered April 4, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams and Callow, JJ.